<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

SUZY ARKU-NYADIA,

                    Plaintiff,

v.

LEGAL SEA FOODS, LLC,

                    Defendant.

Case No. 18-1089 (SDW) (LDW)

**ORDER**

March 11, 2021

**WIGENTON**, District Judge.

       Before this Court is Magistrate Judge Leda D. Wettre's ("Judge Wettre") Report and Recommendation (D.E. 94, "R&R"), dated February 23, 2021, which recommends that this Court strike defendant Legal Sea Foods, LLC's Answer and enter default against it.  No objections were filed.  This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter.  Based on the foregoing, and for good cause shown, it is hereby

       **ORDERED** that Judge Wettre's R&R is **ADOPTED** as the conclusions of law of this Court.

       **SO ORDERED**.

                        /s/ Susan D. Wigenton
                       **SUSAN D. WIGENTON, U.S.D.J.**

Orig:      Clerk
cc:        Hon. Leda D. Wettre, U.S.M.J.
           Parties